NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MARTIN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7144

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1589, Judge Frank Q. Nebeker.

---

## ON MOTION

---

## ORDER

Robert Martin objects to the supplemental in forma pauperis form for prisoners. Martin has not yet moved for leave to proceed in forma pauperis. If he chooses to move for leave to proceed in forma pauperis, he must file Federal Circuit Forms 6 and 6A, which are required by this court. If he chooses not to move for leave to proceed in forma pauperis, then he must pay the filing fee for his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied without prejudice to Martin filing a motion for leave to proceed in forma pauperis along with completed Federal Circuit Forms 6 and 6A.

(2) Martin must either file a motion for leave to proceed in forma pauperis with the correct forms or pay the filing fee within 21 days of the date of filing of this order.

FOR THE COURT

JUL 1 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Robert Martin
     Allison Kidd-Miller, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 3 2012

JAN HORBALY
CLERK